WALTER PELS and HERBERT PELS, Appellants, v. VILLAGE OF CEDARHURST, INCORPORATED, Respondent.— Action for an injunction to restrain the defendant from maintaining a pumping station erected as an adjunct of the defendant's sewage system, and to direct its removal on the ground that it constitutes a trespass and a nuisance, and for damages sustained. Judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

PORT CHESTER WINE & LIQUOR SHOP, INC., and JOSEPH GIOFFRE, Respondents, v. MILLER BROS. FRUITERERS, INC., Appellant.— " Decree " and judgment unanimously affirmed, with costs. (S. C., 253 App. Div. 188.) No opinion. Leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ. [See, also, *ante*, p. 567.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK AVERY, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the appellant, among others, of the crime of conspiracy, unanimously affirmed No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM CUSICK, JR., Appellant.— Judgment of the County Court of Nassau county, convicting defendant of assault in the second degree, and orders, unanimously affirmed. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ. [167 Misc. 465.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP EDLICH, Appellant.— On appeal by defendant from a judgment by a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the appellant of driving a motor vehicle while intoxicated, judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL HOFMEISTER, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting the defendant of violating section 483 of the Penal Law, and order, unanimously affirmed. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALEX ROSENSWAIKE, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the appellant, among others, of the crime of conspiracy, unanimously affirmed. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.